UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

FILED
07 DEC 28 AM 9:42

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | Magistrate Docket No. '07 MJ 2997 |
| Plaintiff, | |
| v. | COMPLAINT FOR VIOLATION OF: |
| **Luis Enrique CRUZ-Valles,** | Title 8, U.S.C., Section 1326<br>Deported Alien Found in the<br>United States |
| Defendant | |

The undersigned complainant, being duly sworn, states:

On or about **December 26, 2007** within the Southern District of California, defendant, **Luis Enrique CRUZ-Valles,** an alien, who previously had been excluded, deported and removed from the United States to **Mexico**, was found in the United States, without the Attorney General or his designated successor, the Secretary of the Department of Homeland Security (Title 6, United States Code, Sections 202(3) and (4), and 557), having expressly consented to the defendant's reapplication for admission into the United States; in violation of Title 8 United States Code, Section 1326.

And the complainant further states that this complaint is based on the attached statement of facts, which is incorporated herein by reference.

SIGNATURE OF COMPLAINANT
James Trombley
Senior Patrol Agent

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE, THIS **28th** DAY OF **DECEMBER 2007**

Leo S. Papas
UNITED STATES MAGISTRATE JUDGE

CONTINUATION OF COMPLAINT:
Luis Enrique CRUZ-Valles

## PROBABLE CAUSE STATEMENT

Agents assigned to the San Diego Sector Border Patrol Smuggling Interdiction Group/Criminal Alien Squad (SIG/CAS) utilize various sources including a field information report by The Border Intelligence Center (BIC) to locate and arrest previously deported criminal aliens who have returned to the United States in violation of the Immigration and Nationality Act.

On December 26, 2007, at approximately 11:00 A.M. Agents E. Blas and A. Pacheco were performing surveillance of a residence in the 300 block of Kenton Ave. in National City, California, when an individual matching the physical description of an individual identified as the defendnat **Luis Enrique CRUZ-Valles,** walked out of the residence. Agent Blas and Pacheco approached CRUZ and identified themselves as United States Border Patrol Agents and questioned the individual as to his identity. CRUZ responded that he was in fact Luis Enrique CRUZ-Valles. Agent Blas questioned CRUZ as to his citizenship and immigration status. CRUZ stated that he was born in Mexico and did not have any documents to remain in the United States. CRUZ was arrested and transported to the Chula Vista Border Patrol Station for processing.

Routine record checks of the defendant revealed a criminal and immigration history. The defendant's record was determined by a comparison of his criminal record and the defendant's current fingerprint card. Official immigration records of the Department of Homeland Security revealed the defendant was previously deported to **Mexico** on **August 1, 2005** through **San Ysidro, California.** These same records show that the defendant has not applied for permission from the Attorney General of the United States or his designated successor, the Secretary of the Department of Homeland Security, to return to the United States after being removed.

The defendant was advised of his Miranda Rights and stated that he understood his rights and was willing to answer questions without an attorney present. The defendant admitted to being a citizen and national of Mexico, and that he is present without immigration documents that would allow him to enter or remain in the United States legally.