FILED
08 MAR 10 AM 11:23
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY: _____ DEPUTY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

FILED
2008 MAR -6 AM 9:47
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY: KNK DEPUTY

UNITED STATES OF AMERICA,

      Plaintiff,

vs.

LUIS ENRIQUE CRUZ-VALLES,

      Defendant.

CASE NO. 08CR198-H

**JUDGMENT OF DISMISSAL**

    IT APPEARING that the defendant is now entitled to be discharged for the reason that:

**X**   an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

\_\_\_   the Court has dismissed the case for unnecessary delay; or

\_\_\_   the Court has granted the motion of the Government for dismissal; or

\_\_\_   the Court has granted the motion of the defendant for a judgment of acquittal; or

\_\_\_   a jury has been waived, and the Court has found the defendant not guilty; or

\_\_\_   the jury has returned its verdict, finding the defendant not guilty;

\_\_\_   of the offense(s) of:

    IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: February 28, 2008

*[signature]*
Nita L. Stormes
UNITED STATES MAGISTRATE JUDGE

I have executed within Judgment of dismissal
~~Judgement and Commitment~~ on 3/6/08
United States Marshal
By: *[signature]*
USMS Criminal Section

ENTERED ON _____